UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL,<br><br>     Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, et al.,<br><br>     Defendants. | Case No.  3:23-cv-05504-LJC<br><br>**ORDER TO CEASE CONTACT WITH "PROPOSED ORDER" EMAIL ADDRESS** |

The Court is informed that Plaintiff Arcelio Reybol has recently sent various materials to the "proposed order" inbox at ljcpo@cand.uscourts.gov.  This order is intended to ensure that pro se plaintiff Reybol understands the purpose of the "proposed order" inbox and email address and to direct him accordingly.  That email address is intended only for the submission of courtesy copies of proposed orders that have been filed in the record.  Reybol and other litigants are not permitted to communicate with the Court through that inbox and email address.  The Clerk shall disregard the materials Reybol has sent to that email address.  Any documents that Reybol wishes to submit to the Court must be filed in the public record through the Clerk's Office.

In light of Reybol's improper use of that email address, Reybol is ORDERED to cease all communication with ljcpo@cand.uscourts.gov.[1]  If Reybol continues to send emails to that address, the Clerk is instructed to notify the Court of any such noncompliance and otherwise disregard any such emails, and Reybol's email address may be blocked from that address.

**IT IS SO ORDERED.**

Dated: January 26, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] Reybol is hereby relieved of compliance in this case with section B of the Standing Order for Magistrate Judge Lisa J. Cisneros regarding chambers copies and proposed orders.  If any need arises for Reybol to submit a proposed order, he shall file it in the public record and shall not provide a courtesy copy to the Court.